AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| CORDERO-JIMENEZ, JOSE and | ) | Case No.   8:26-po-25 (MJK) |
| RODRIGUEZ-GAMEZ, MIGUEL JOSE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of March 19, 2026 in the county of Clinton in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(2) | Eluding Examination or Inspection |

This criminal complaint is based on these facts:
See attached affidavit

☒      Continued on the attached sheet.

_____
*Complainant's signature*

Chase D. Beatty, Border Patrol Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    **March 19th, 2026**
_____
*Judge's signature*

City and State:    Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chase D. Beatty, hereby depose and state under penalty of perjury:

1.      I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for seven years and have been assigned to the Swanton Sector since October 2023.  I successfully completed training at the United States Border Patrol Academy in 2018, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests.  I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases.  It does not set forth all of my knowledge about the investigation.

2.      I submit this affidavit in support of a criminal complaint charging CORDERO-JIMENEZ and RODRIGUEZ-GAMEZ with violating 8 U.S.C. § 1325(a)(2), which prohibits any alien, that is, any person who is not a citizen or national of the United States, from eluding examination or inspection by immigration officers.

### Probable Cause

3.      On March 19, 2026, BPAs responded to a remote camera activation at approximately 6:30 a.m. showing two subjects walking south near the intersection of Perry Mills Road and Thibodeau Road in Champlain, New York and encountered two men.  This section of Perry Mills Road is approximately a half mile south of the international boundary between the United States and Canada. The two were encountered north of Perry Mills Road and this area has recently seen an increase of use by people attempting to enter the United States undetected.

4.      BPAs identified themselves and asked the subjects for their immigration status. The subjects admitted that they are citizens of countries other than the United States as follows:

CORDERO-JIMENEZ and RODRIGUEZ-GAMEZ are citizens of Venezuela. The subjects were then transported to the USBP station for further processing.

5.      At that station, BPAs fingerprinted the defendants and records checks confirmed that none of them are citizens or nationals of the United States and are therefore aliens; that none had permission to enter the United States; and that none had been inspected or examined by immigration officers.

### Conclusion

6.      Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendants with eluding examination or inspection by immigration officers, in violation of 8 U.S.C. § 1325(a)(2).

Agent Chase D. Beatty
United States Border Patrol

Attested to by the affiant in accordance with Rule 4.1
of the Federal Rules of Criminal Procedure.

Date:    **March 19th, 2026**

Hon. Mitchell J. Katz
United States Magistrate Judge